Aaron T. Winn (SBN 229763)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: +1 619 744 2200
Fax: +1 619 744 2201
E-mail:     atwinn@duanemorris.com

Justin J. Fields (SBN 259491)
**DUANE MORRIS LLP**
Suite 2200
One Market, Spear Tower
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail:     jfields@duanemorris.com

Attorneys for Defendant
INVITATION HOMES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JOSE RIVERA, an individual, FRANCINE McCUMBER, an individual, ERIN BIRD, an individual, JAMES COUCH, an individual, LA SHAY HARVEY, an individual, MARYAH MARCINIAK, an individual, BRIAN MAJKA, an individual, CHAD WHETMAN, an individual, TRACY WHITE, an individual, RACHEL OSBORN, an individual, and TERESA MARIE MOORE, an individual, on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INVITATION HOMES, INC. a Maryland corporation,<br><br>Defendant. | Case No.: 4:18-cv-03158-JSW<br><br>**JOINT NOTICE OF MEDIATION**<br><br>Date:      August 25, 2020<br>Time:      9:30 a.m.<br>Location:  Zoom<br>Neutral:   Martin Quinn, Esq.<br><br>Judge:     Hon. Jeffrey S. White<br>Complaint Filed: May 25, 2018 |

As instructed by the Court clerk, the parties give the following notice that they are mediating this case on August 25, 2020, with Martin Quinn of JAMS. Defendant has a motion to dismiss pending in this case. The parties thought the Court would appreciate notice of our ADR efforts, particularly with a motion pending since a settlement would obviate the need for a ruling.

Dated: July 28, 2020                **DUANE MORRIS LLP**

By: /s/ *Aaron T. Winn*
     Aaron T. Winn
     Justin J. Fields

Attorneys for Defendant

Dated: July 28, 2020

**NICHOLAS & TOMASEVIC, LLP**

By: /s/ *Ethan T Litney*
     Ethan T. Litney

Attorneys for Plaintiffs

### SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

DATED: July 28, 2020         By: /s/ *Aaron T. Winn*
     Aaron T. Winn
     Justin J. Fields
     Attorneys for Defendant
     INVITATION HOMES, INC.