1  Aaron T. Winn (SBN 229763)
   **DUANE MORRIS LLP**
2  750 B Street, Suite 2900
   San Diego, CA 92101-4681
3  Telephone: +1 619 744 2200
   Fax: +1 619 744 2201
4  E-mail:  atwinn@duanemorris.com

5  Justin J. Fields (SBN 259491)
   **DUANE MORRIS LLP**
6  Suite 2200
   One Market, Spear Tower
7  San Francisco, CA 94105-1127
   Telephone: +1 415 957 3000
8  Fax: +1 415 957 3001
   E-mail:  jfields@duanemorris.com
9
   Attorneys for Defendant
10 INVITATION HOMES, INC.

11

12           **IN THE UNITED STATES DISTRICT COURT**

13          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                       **OAKLAND DIVISION**

15

16 | JOSE RIVERA, an individual, FRANCINE McCUMBER, an individual, ERIN BIRD, an individual, JAMES COUCH, an individual, LA SHAY HARVEY, an individual, MARYAH MARCINIAK, an individual, BRIAN MAJKA, an individual, CHAD WHETMAN, an individual, TRACY WHITE, an individual, RACHEL OSBORN, an individual, and TERESA MARIE MOORE, an individual, on behalf of themselves and on behalf of others similarly situated, | Case No.: 4:18-cv-03158-JSW |
   | --- | --- |
   | | **JOINT STATUS REPORT RE: SETTLEMENT EFFORTS** |
   | Plaintiffs, | |
   | vs. | Judge:    Hon. Jeffrey S. White |
   | INVITATION HOMES, INC. a Maryland corporation, | Complaint Filed: May 25, 2018 |
   | Defendant. | |

JOINT STATUS REPORT                                      CASE NO: 4:18-CV-03158-JSW

1  The parties submit this Joint Status Report in response to the Court's
2  September 2, 2020 Order. ECF 45.
3  The parties attended an all-day mediation on August 25, 2020. The mediation
4  did not result in a settlement.  But the parties have agreed to continue the
5  mediation/settlement dialogue by exchanging additional information and data on or
6  before September 18th.  The parties thus propose that the Court set a further
7  mediation/settlement status report for September 30, 2020.

Dated: September 9, 2020                    **DUANE MORRIS LLP**

                                            By:  /s/ *Aaron T. Winn*
                                                 Aaron T. Winn
                                                 Justin J. Fields

                                            Attorneys for Defendant

Dated: September 9, 2020

                                            **NICHOLAS & TOMASEVIC, LLP**

                                            By:  /s/ *Alex Tomasevic*
                                                 Alex Tomasevic
                                                 Ethan T. Litney

                                            Attorneys for Plaintiffs


**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

DATED: September 9, 2020           By:   */s/ Aaron T. Winn*
                                         Aaron T. Winn
                                         Justin J. Fields
                                         Attorneys for Defendant
                                         INVITATION HOMES, INC.