Aaron T. Winn (SBN 229763)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: +1 619 744 2200
Fax: +1 619 744 2201
E-mail:      atwinn@duanemorris.com

Justin J. Fields (SBN 259491)
**DUANE MORRIS LLP**
Suite 2200
One Market, Spear Tower
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail:      jfields@duanemorris.com

Attorneys for Defendant
INVITATION HOMES, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RIVERA, individually and on behalf of others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>INVITATION HOMES, INC., a Maryland corporation;<br><br>                    Defendant. | Case No.: 4:18-cv-03158-JSW<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:  Jeffrey S. White<br>Dept.   5<br><br>Complaint Filed:    May 25, 2018 |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Duane Morris, LLP, 750 B Street, Suite 2900, San Diego, CA 92101.

On October 27, 2020, I served the documents described as:

**DEFENDANT INVITATION HOMES, INC.'S OPPOSITION TO MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF [ECF NO. 49]**

**DEFENDANT INVITATION HOMES, INC.'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION FOR ORDER RE: LEAVE TO FILE *AMICUS CURIAE* BRIEF [ECF NO. 49]**

**[PROPOSED] ORDER DENYING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF [ECF NO. 49]**

☒ ***(FEDERAL)*** **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

☒ **(BY FEDEX) [C.C.P. § 1013(c)]** I deposited such envelope in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by this express service carrier to receive documents in an envelope or other package designated by this express service carrier, with delivery fees paid or provided for.

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

Alex Michael Tomasevic
Craig McKenzie Nicholas
Shaun Andrew Markley
Nicholas & Tomasevic, LLP
225 Broadway, 19th Floor
San Diego, CA 92101
Phone: (619) 325-0492
Fax:    (619) 325-0496


**Via Federal Express**

Edward C. Tidwell
81 Carol Lane, Apt. #208
Oakley, California 94561
Telephone:  (510) 470-8422
Email:  edwardctidwell@yahoo.com

CERTIFICATE OF SERVICE

CASE NO. 4:18-CV-03158-JSW

DM1\11513544.1

☑ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 27, 2020, at San Diego, California.

/s/Anita La Fuze
Anita La Fuze

CERTIFICATE OF SERVICE

CASE NO. 4:18-CV-03158-JSW

DM1\11513544.1