UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE RIVERA, et al.,

              Plaintiffs,

       v.

INVITATION HOMES, INC.,

           Defendant.

Case No.  18-cv-03158-JSW

**JUDGMENT**

Pursuant to this Court's Order issued this date dismissing Plaintiff's claims, the Court HEREBY ENTERS JUDGMENT in this matter.

     **IT IS SO ORDERED.**

Dated: February 18, 2022

JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California